# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| TAMMY LYNN WATSON o/b/o ) <br> DAVID A. WATSON (deceased), ) <br>            Plaintiff/Claimant, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social ) <br> Security, ) <br>            Defendant. ) | **JUDGMENT** <br><br> No. 5:17-CV-579-RJ |

**Decision by Court.**
This case came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge for consideration.

IT IS ORDERED, ADJUDGED AND DECREED Claimant's Motion for Judgment on the Pleadings is ALLOWED, Defendant's Motion for Judgment on the Pleadings is DENIED, and this matter is REMANDED to the Commissioner for further proceedings consistent with the court's order.

This Judgment Filed and Entered on December 17, 2018, with service via CM/ECF Notice of Electronic Filing on:

Michael W. Bertics, Counsel for Claimant

Stephen F. Dmetruk, Jr., Counsel for Defendant

| | |
|---|---|
| December 17, 2018 | PETER A. MOORE, JR., CLERK <br><br> /s/ Lisa W. Lee <br> (By): Lisa W. Lee, Deputy Clerk |